# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY D. FAJARDO; JP UNLIMITED, LLC; TWINS BUILDERS SERVICES CORP.; JESUS LIM; PHILLIP DIEP,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERMITTA C. ROSS; METRO FUNDING CORP.; MFC FUNDING LLC, MFC REAL ESTATE, LLC; SJL COMMERCIAL LENDING; FIDELITY NATIONAL TITLE COMPANY; and DOES 1-100, inclusive,<br><br>    Defendants. | 1:12-cv-00217-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF JUNE 18, 2012 AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. 16) |

Defendant Fidelity National Title Company moves to dismiss the complaint of plaintiffs Henry D. Fajardo et al. pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(e). The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The previously scheduled hearing date of June 18, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 12, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE