**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY D. FAJARDO; JP UNLIMITED, LLC; TWINS BUILDERS SERVICES CORP.; JESUS LIM; PHILLIP DIEP,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ERMITTA C. ROSS; METRO FUNDING CORP.; MFC FUNDING LLC; MFC REAL ESTATE, LLC; SJL COMMERCIAL LENDING; FIDELITY NATIONAL TITLE COMPANY; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | 1:12-cv-00217-AWI-DLB<br><br>ORDER VACATING HEARING DATE OF SEPTEMBER 4, 2012<br><br>(Doc. 37) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On February 14, 2012, plaintiffs Henry D. Fajardo, JP Unlimited, LLC, Twins Builders Services Corp., Jesus Lim and Phillip Diep ("Plaintiffs") filed their complaint against defendants Ermitta C. Ross, Metro Funding Corp., MFC Funding, LLC, MFC Real Estate LLC, SJL Commercial Lending, Fidelity National Title Company and Does 1-100, inclusive. On July 10, 2012, defendants Metro Funding Corp., Metro Funding, LLC and MFC Real Estate, LLC ("Defendants") filed their motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), set for hearing on Tuesday, September 4, 2012. On August 27, 2012, Plaintiffs filed their first amended complaint. Accordingly, Defendants' motion to dismiss the complaint is MOOT. The previously

scheduled hearing date of September 4, 2012 is hereby VACATED and the parties shall not appear.

IT IS SO ORDERED.

Dated:   August 28, 2012

CHIEF UNITED STATES DISTRICT JUDGE