# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY D. FAJARDO; JP UNLIMITED, LLC; TWINS BUILDERS SERVICES CORP.; JESUS LIM; PHILLIP DIEP, <br><br> Plaintiffs, <br><br> v. <br><br> ERMITTA C. ROSS; METRO FUNDING CORP.; MFC FUNDING LLC; MFC REAL ESTATE, LLC; SJL COMMERCIAL LENDING; FIDELITY NATIONAL TITLE COMPANY; and DOES 1-100, inclusive, <br><br> Defendants. | 1:12-cv-00217-AWI-DLB <br><br> ORDER DISMISSING ACTION AND CLOSING CASE <br><br> (Doc. 61) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On October 1, 2012, plaintiffs Henry D. Fajardo et al. filed a request for dismissal of the entire action without prejudice. With certain exceptions not applicable here, "the plaintiff may dismiss an action without a court order by filing: [¶] (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or [¶] (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). "Unless the notice of stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). None of the defendants have served an answer or motion for summary judgment. Accordingly, the Court construes plaintiffs' request for dismissal as a notice of dismissal and hereby DISMISSES the action as to all

defendants without prejudice.  The Court respectfully directs the Clerk of Court to terminate the pending motion to dismiss (doc. 52) and close this case.  The Magistrate Judge's orders granting defendants' motions for sanctions (docs. 39, 46 and 50) remain effective upon case closure.

IT IS SO ORDERED.

Dated:    October 2, 2012                                  _____
                                                           CHIEF UNITED STATES DISTRICT JUDGE

2